**Joseph A. MOLLER, et ux., petitioners,
v. UNITED STATES. No. 83–1485.**

Supreme Court of the United States.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit.

June 18, 1984. Denied.